UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP BONNETTE, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>LELAND ROSS DICK, et al.,<br><br>　　　　　　　Defendants. | Case No. 1:18-cv-0046-DAD-BAM<br><br>ORDER REGARDING NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. No. 18) |

Plaintiffs Phillip Bonnette and Linda Faye Grant-Jones ("Plaintiffs") are proceeding pro se and in forma pauperis in this action against Defendants Leland Ross Dick, Michael Herbert Crowley, Ronald James Works, the Fresno County Sheriff Margaret Mims, Kevin Lolkus, Daniel Epperly, Sean Quinn, Sergeant Hansen, and John Epickson.

On July 14, 2020, Plaintiffs filed a notice of dismissal without prejudice as to Defendant Leland Ross Dick under Federal Rule of Civil Procedure 41. (Doc. No. 18.) In light of the notice of dismissal, Defendant Leland Ross Dick is dismissed from this action by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of Court is directed to terminate only this defendant on the docket.

IT IS SO ORDERED.

　　Dated:　**July 16, 2020**　　　　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1