UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP BONNETTE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LELAND ROSS DICK, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-0046-DAD-BAM<br><br>ORDER REGARDING NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. No. 20) |

　　　　Plaintiffs Phillip Bonnette and Linda Faye Grant-Jones ("Plaintiffs") are proceeding pro se and in forma pauperis in this action against Defendants Leland Ross Dick, Michael Herbert Crowley, Ronald James Works, the Fresno County Sheriff Margaret Mims, Kevin Lolkus, Daniel Epperly, Sean Quinn, Sergeant Hansen, and John Epickson.

　　　　On July 27, 2020, Plaintiffs filed a notice of voluntary dismissal of this action without prejudice under Federal Rule of Civil Procedure 41. (Doc. No. 20.) In light of Plaintiff's voluntary dismissal, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i). The Court VACATES all pending dates and matters. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

　　Dated:　**July 29, 2020**　　　　　　　　　/s/ Barbara A. McAuliffe　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE